UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gerald Janisse,

    Plaintiff,

v.                                                     Case No. 12-13755
                                                    Honorable Sean F. Cox

Wells Fargo Bank, N.A., *et al.*,

    Defendants.
_____/

## **ORDER**

    Plaintiff brought this suit against Defendants, asserting claims relating to his residential mortgage. Thereafter, Defendants removed the matter to this Court.

    On August 31, 2012, Defendants filed a Motion to Dismiss (Docket Entry No. 3), which this Court referred to Magistrate Judge David R. Grand for issuance of a report and recommendation ("R&R").

    On October 24, 2012, Magistrate Judge Grand issued his R&R, wherein he recommends that the Court grant the motion and dismiss this action. (Docket Entry No. 10).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

    The time for filing objections to the R&R has expired and the docket reflects that no

party has filed objections to the R&R.

The Court hereby ADOPTS the October 24, 2012 R&R.  IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED and this action shall be DISMISSED.

IT IS SO ORDERED.

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated:  November 20, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 20, 2012, by electronic and/or ordinary mail.

                                            S/Jennifer McCoy
                                            Case Manager